IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| NGAN KIM NGUYEN MINNIS,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>   Defendant. | CIVIL ACTION NO.: 5:23-cv-73 |

**O R D E R**

Defendant filed the Answer and Transcript in this case on September 21, 2023. Docs. 9, 10. However, Plaintiff has failed to file her brief in support of her claim, and the time to do so has elapsed. Rule 6, Suppl. Rules for Soc. Sec. Actions Under 42 U.S.C. § 405(g) ("The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed . . . ."). Plaintiff is **ORDERED** to submit her brief **on or before December 12, 2023**. Plaintiff's failure to respond to this Order will result in the dismissal of this cause of action for failure to follow this Court's Orders and to prosecute.

**SO ORDERED**, this 29th day of November, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA