# In the United States District Court for the Southern District of Georgia
## Waycross Division

NGAN KIM NGUYEN MINNIS,

    Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendant.

5:23-cv-73

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 25. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court, **AFFIRM** the Commissioner's decision, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA